## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*CST Corporation*
Attn:   President/CEO
450 Cips Street
Watseka, IL 60970

_____
Mary E. Augustine (No. 4477)